```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14531
    TAMIE A CHRISTMAS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3465


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 11/07/2006 and was confirmed 02/28/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was converted to chapter 7 after confirmation 10/26/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CONDOR CAPITAL COMPANY    SECURED VEHIC    14889.61          631.27       2738.97
LITTON LOAN SERVICING     MORTGAGE ARRE       .00              .00           .00
LITTON LOAN SERVICING     SECURED          2903.80             .00       2903.80
DEPENDON COLLECTION SERV  UNSEC W/INTER   NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     509.61             .00           .00
CONDOR CAPITAL COMPANY    UNSEC W/INTER     971.89             .00           .00
CONDOR CAPITAL COMPANY    MORTGAGE ARRE     971.90             .00        971.90
AFNI/VERIZON WIRELESS     UNSEC W/INTER     599.99             .00           .00
LITTON LOAN SERVICING     CURRENT MORTG       .00              .00           .00
ERNESTO D BORGES JR       DEBTOR ATTY     2,500.00                       1,728.62
TOM VAUGHN                TRUSTEE                                          595.44
DEBTOR REFUND             REFUND                                              .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               9,570.00

PRIORITY                                           .00
SECURED                                       6,614.67
    INTEREST                                    631.27
UNSECURED                                          .00
ADMINISTRATIVE                                1,728.62
TRUSTEE COMPENSATION                            595.44
DEBTOR REFUND                                      .00
                      --------------      --------------
TOTALS                9,570.00             9,570.00




            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 14531 TAMIE A CHRISTMAS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE